IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                         CASE NO. 4:02cr59-SPM

IRVENS PIERRE,

      Defendant.
_____/

### ORDER CONTINUING SENTENCING

For good cause shown, Defendant's unopposed Motion to Postpone Sentencing Date (doc.103) is granted. Sentencing is reset for Monday, December 19, 2005 at 1:30 p.m. in Tallahassee, Florida.

SO ORDERED this 7th day of September, 2005.

                                  *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge