IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO. 4:02cr59-SPM

IRVENS PIERRE,

    Defendant.
_____/

### ORDER CONTINUING SENTENCING

For good cause shown, Defendant Pierre's Motion to Postpone Sentencing Date (doc. 106) is granted. Sentencing is reset for March 20, 2006 at 1:30 p.m. in Tallahassee, Florida.

SO ORDERED this 1st day of December, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge