IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 4:02cr59-SPM

IRVENS PIERRE,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant Pierre's Motion to Postpone Sentencing (doc. 108) is granted. Sentencing is reset for November 20, 2006 at 1:30 p.m. in Tallahassee, Florida.

SO ORDERED this 10th day of March, 2006.

                     *s/ Stephan P. Mickle*
                     Stephan P. Mickle
                     United States District Judge