IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO. 4:02cr59-SPM

IRVENS PIERRE,

       Defendant.
_____/

### ORDER RESCHEDULING SENTENCING

For good cause shown, the unopposed Motion to Reschedule Defendant's Sentencing (doc. 110), is granted. Sentencing is rescheduled for October 16, 2006 at 1:30 p.m. in Tallahassee, Florida.

SO ORDERED this 12th day of September, 2006.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge